

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2016

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe, Jr., Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file motion for reconsideration is hereby
GRANTED.

It is so **ORDERED** on November 30, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court